**Order entered September 3, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00353-CR**
**No. 05-21-00354-CR**
**No. 05-21-00355-CR**

**ARIK NYLES MAXEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75257-M, F17-52204-M & F17-75276-M**

**ORDER**

Before the Court is court reporter Belinda Baraka's September 2, 2021 second request for additional time to file the reporter's record in these appeals. We **GRANT** the request and **ORDER** the reporter's record filed by October 1, 2021. We caution Ms. Baraka that further extensions are disfavored.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE